# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN ULMER,<br><br>Defendant. | CR 05-23-H-BMM-JTJ<br><br>**ORDER** |

The United States Probation Office filed a Petition on December 3, 2021, 2019, requesting that the Court revoke Defendant John Ulmer's supervised release. (Doc. 87). The Court commenced a revocation hearing on December 7, 2021. Ulmer requested that the revocation hearing be continued so he can retain an expert witness on polygraph examinations. The Court stated that the revocation hearing would be continued approximately 60 days.

Accordingly, IT IS HEREBY ORDERED:

1. The Court will conduct Ulmer's revocation hearing at 1:30 p.m. on February 22, 2022, at the Missouri River Courthouse in Great Falls, Montana.

2. Ulmer shall disclose his expert witness (with expert report) on or before January 11, 2022. The government shall disclose its expert witness (with expert report) on or before February 8, 2022.

3.  Ulmer shall be allowed to remain on release status pending his revocation hearing, subject to the release conditions imposed previously.

DATED this 8th day of December, 2021.

　　　　　　　　　　　　　　　　　　／s／ John Johnston
　　　　　　　　　　　　　　　　　　John Johnston
　　　　　　　　　　　　　　　　　　United States Magistrate Judge