# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-23-H-BMM-JTJ |
| Plaintiff, | **FINDINGS AND RECOMMENDATIONS** |
| vs. | |
| JOHN ULMER, | |
| Defendant. | |

## I. Synopsis

Defendant John Ulmer (Ulmer) has been accused of violating the conditions of his supervised release. The government satisfied its burden of proof with respect to the alleged violation. Ulmer's supervised release should be revoked. Ulmer should be placed in custody for 1 month, with a lifetime of supervised release to follow. Ulmer's term of custody should begin on March 14, 2022. Ulmer should self-report at the Cascade County Detention Center on or before 12:00 p.m. (noon) on March 14, 2022.

## II. Status

Ulmer pleaded guilty to Receipt of Child Pornography, and Possession of Child Pornography on August 18, 2006. (Doc. 33). The Court sentenced Ulmer to 5 years of custody, followed by 10 years of supervised release. (Doc. 44).

Ulmer's current term of supervised release began on June 19, 2018. (Doc. 87 at 1).

## Petition

The United States Probation Office filed a Petition on December 3, 2021, requesting that the Court revoke Ulmer's supervised release. (Doc. 87). The Petition alleged that Ulmer had violated the conditions of his supervised release by failing to successfully complete his sex offender treatment program.

## Initial appearance

Ulmer appeared before the undersigned for his initial appearance on December 7, 2021. Ulmer was represented by counsel. Ulmer stated that he had read the petition and that he understood the alleged violation. Ulmer waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

## Revocation hearing

The Court conducted a revocation hearing on February 22, 2022. The government satisfied its burden of proof with respect to the alleged violation. The violation is serious and warrants revocation of Ulmer's supervised release.

Ulmer's violation is a Grade C violation. Ulmer's criminal history category is I. Ulmer's underlying offense is a Class C felony. Ulmer could be incarcerated

for up to 24 months. Ulmer could be ordered to remain on supervised release for up to life. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III. Analysis

Ulmer's supervised release should be revoked. Ulmer should be incarcerated for 1 month, with a lifetime of supervised release to follow. Ulmer's term of custody should begin on March 14, 2022. Ulmer should self-report at the Cascade County Detention Center on or before 12:00 p.m. (noon) on March 14, 2022. This sentence is sufficient but not greater than necessary.

### IV. Conclusion

The Court informed Ulmer that the above sentence would be recommended to Chief United States District Judge Brian Morris. The Court also informed Ulmer of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Ulmer that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That John Ulmer violated the conditions of his supervised release by failing to successfully complete his sex offender treatment program.

The Court **RECOMMENDS:**

That the District Court revoke Ulmer's supervised release and commit Ulmer to the custody of the United States Bureau of Prisons for 1 month, with a lifetime of supervised release to follow. Ulmer's term of custody should begin on March 14, 2022. Ulmer should self-report at the Cascade County Detention Center on or before 12:00 p.m. (noon) on March 14, 2022.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 23rd day of February, 2022.

John Johnston
United States Magistrate Judge